NOT FOR PUBLICATION                                                                               **CLOSED**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| SALVATORE & MARY ANN DEL PRIORE<br><br>Plaintiffs,<br><br>v.<br><br>PNEUMO ABEX, LLC as successor by merger to PNEUMO ABEX CORPORATION, SIGNAL-STAT DIVISION OF ABEX CORPORATION SALARIED EMPLOYEE PENSION PLAN, M&F WORLDWIDE CORPORATION, PEPSI AMERICAS, INC., SIGNAL-STAT DIVISION OF FEDERAL-MOGUL CORPORATION SALARIED EMPLOYEE PENSION PLAN, RICHARD P. RANDAZZO in his capacity as a Salaried Employee Pension Plan Administrator of Signal-Stat Division of Federal-Mogul Corporation, JOHN DOE CORPORATIONS 1 THROUGH 10 (fictitious defendants) and JOHN DOES 1 THROUGH 10 (fictitious defendants)<br><br>Defendants. | **Hon. Dennis M. Cavanaugh**<br><br>**ORDER**<br><br>Civil Action No. 06-cv-3170(DMC) |

   This matter coming before the Court upon motion for summary judgment by Defendants Federal-Mogul Corporation Salaried Employee Pension Plan and Richard Randazzo, pursuant to Rule 56(c); and motions to dismiss Defendants M&F Worldwide Corp. and Pneumo Abex, LLC, pursuant to Rules 12(b)(1) and 12(b)(6), and the Court having further reviewed all submissions; and

for the reasons stated in its Opinion issued on this day,

IT IS on this __1st__ day of October, 2007;

**ORDERED** that Defendants Federal-Mogul Corporation Salaried Employee Pension Plan and Richard Randazzo's motion for summary judgment is **granted;** and it is further

**ORDERED** that Defendants M&F Wordwide Corp. and Pneumo Abex, LLC's motions to dismiss are **granted.**

                                          S/ Dennis M. Cavanaugh
                                          Dennis M. Cavanaugh, U.S.D.J.

| | |
|---|---|
| Original: | Clerk's Office |
| cc: | All Counsel of Record |
| | The Honorable Mark Falk, U.S.M.J. |
| | File |